UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TONY THOMAS ROCKWELL,**

    Plaintiff,

  v.                                  **CIVIL ACTION NO. 03-72451**

**MICHIGAN DEPARTMENT**               **HON. JOHN CORBETT O'MEARA**
**OF CORRECTIONS et al.,**

    Defendants.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE MONA K. MAJZOUB'S
<u>REPORT AND RECOMMENDATION</u>**

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.


                                    s/John Corbett O'Meara
                                    John Corbett O'Meara
                                    United States District Judge

Dated:  November 7, 2005